IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JULIA MONTOYA, | § |
| Plaintiff, | § |
| V. | § No. 3:16-CV-1594-D |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | § |
| Defendant. | § |

## ORDER

After making an independent review of the pleadings, files, and records in this case and of the amended findings, conclusions, and recommendation of the United States Magistrate Judge dated August 1, 2017, the court finds that the findings, conclusions, and recommendation of the Magistrate Judge are correct, and they are accepted as the findings, conclusions, and recommendation of the court.

It is, therefore, ordered that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted

**SO ORDERED**.

August 31, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE