IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JULIA M., | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 3:16-CV-1594-D |
| V. | § | |
| | § | |
| ANDREW SAUL, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On January 14, 2020 the United States Magistrate Judge filed his findings, conclusions, and recommendation, recommending that the court (1) grant plaintiff's counsel Michael T. Kelly, Esquire's motion for attorney's fees under § 406(b) of the Social Security Act, and (2) award Mr. Kelly $17,243.90 in attorney's fees, to be certified for payment out of plaintiff Julia M.'s past-due benefits under 42 U.S.C. § 406(b). No objections have been filed to the findings, conclusions, and recommendation. Following *de novo* review, the court finds that the magistrate judge's findings and conclusions are correct, and adopts them as the findings and conclusions of the court.

Accordingly, Mr. Kelly's motion for attorney's fees under § 406(b) of the Social Security Act is granted, and it is ordered that defendant pay plaintiff's counsel Michael

T. Kelly, Esquire, the sum of $17,243.90 in attorney's fees, to be certified for payment out of plaintiff Julia M.'s past-due benefits under 42 U.S.C. § 406(b).

**SO ORDERED**.

February 5, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE